UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LIVIU GANTEA,

    Plaintiff,

-vs-                                          Case No. 6:13-cv-1788-Orl-28DAB

ALAN S. APTE,

    Defendant.

_____

## ORDER

This case is before the Court on Plaintiff's Motion to Proceed In Forma Pauperis (Doc. No. 2) filed November 18, 2013. The United States Magistrate Judge has submitted a report recommending that the motion be denied and the Complaint be dismissed.

After an independent *de novo* review of the record in this matter, and consideration of Plaintiff's Objections to the Report and Recommendation (Doc. No. 4), Plaintiff's Objections are **OVERRULED**. The Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed November 21, 2013 (Doc. No. 3) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiff's Motion to Proceed In Forma Pauperis (Doc. No. 2) is **DENIED**.

    3.    Plaintiff's Complaint is dismissed with prejudice.

    4.    The Clerk of the Court is directed to close this file.

DONE and ORDERED in Chambers, Orlando, Florida this __2ⁿᵈ__ day of December, 2013.

                                              JOHN ANTOON II
                                              United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party